Form BLdfnld7 (12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                                    CASE NO: 1−10−42316−cec

Richard F Mattei

377 Adelaide Avenue
Staten Island, NY 10306
  Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                    CHAPTER: 7

  xxx−xx−9703

                    DEBTOR(s)

---

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on March 19, 2010; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

BY THE COURT

Dated: June 29, 2010                    s/ Carla E. Craig
                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form BLdfnld7(12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0207-1          User: malleyne          Page 1 of 1          Date Rcvd: Jun 29, 2010
Case: 10-42316               Form ID: 262             Total Noticed: 28

The following entities were noticed by first class mail on Jul 01, 2010.
```
db              +Richard F Mattei,   377 Adelaide Avenue,   Staten Island, NY 10306-5329
smg             +Diana Adams,  Office of the United States Trustee,   271 Cadman Plaza East,
                 Brooklyn, NY 11201-1833
smg             +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
                 Brooklyn, NY 11201-3719
smg             +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg             +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                 Albany, NY 12240-0001
6616239         +CB T,   P O Box 105555,   Atlanta, GA 30348-5555
6616252        ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Providan Financial,   P O Box 9180,   Pleasanton, CA 94506)
6616234         +Capital One,   C/O Golden Wexler &Sarnese,   377 Oak Street, Dept. C,
                 Garden City, NY 11530-6553
6648140         +Chrysler Financial Services Americas LLC,   c/o Deily, Mooney & Glastetter, LLP,
                 8 Thurlow Terrace,   Albany, NY 12203-1006
6616243          Cohen & Slamowitz, LLP,   P O Box 9004,   Woodbury, NY 11797-9004
6616244         +Hearshe Kemp, LLC,   11 Summer Street,   Buffalo, NY 14209-2256
6616248         +Mann Bracken LLC,   120 Allens Creek Road,   Staten Island, NY 14618-3306
6616249         +Modells Sporting Goods,   498 7th Avenue,   New York, NY 10018-6704
6616250         +Palisades Collections,   P O Box 105460,   Atlanta, GA 30348-5460
6616251         +Pressler & Pressler,   990 Stewart Ave, Ste 30,   Garden City, NY 11530-8200
6616253         +S P Capital,   1601 W Airport Freeway,   Euless, TX 76040-4020
```

The following entities were noticed by electronic transmission on Jun 29, 2010.
```
6616236          EDI: BMWFINANCIAL.COM Jun 29 2010 15:23:00    Bmw Financial Services,   5515 Parkcenter Cir,
                 Dublin, OH 43017
6616235         +EDI: BANKAMER.COM Jun 29 2010 15:23:00    Bank Of Amercia,   P.O. Box 15019,
                 Wilmington, DE 19886-5019
6616242          EDI: CHRYSLER.COM Jun 29 2010 15:23:00    Chrysler Financial,   5225 Crooks Rd Ste 140,
                 Troy, MI 48098
6616237         +EDI: CAPITALONE.COM Jun 29 2010 15:23:00    Cap One,   Po Box 85520,   Richmond, VA 23285-5520
6616238         +EDI: CAPITALONE.COM Jun 29 2010 15:23:00    Capital One,   P.O. Box 70884,
                 Charlotte, NC 28272-0884
6616240         +EDI: CHASE.COM Jun 29 2010 15:23:00    Chase Manhattan,   225 Chastain Meadows Ct,
                 Kennesaw, GA 30144-5841
6616241         +EDI: CHASE.COM Jun 29 2010 15:23:00    Chase NA,   100 Duffy Avenue,   Hicksville, NY 11801-3636
6616245          EDI: HFC.COM Jun 29 2010 15:23:00    HSBC,   P O Box 80084,   Salinas, CA 93912-0084
6616246         +EDI: RESURGENT.COM Jun 29 2010 15:23:00    LVNV Funding,   P O Box 740281,
                 Houston, TX 77274-0281
6616247          EDI: TSYS2.COM Jun 29 2010 15:23:00    Macy's,   P.O. Box 183083,   Columbus, OH 43218-3083
6616255         +EDI: WFNNB.COM Jun 29 2010 15:23:00    WFNNB/LTDTOO,   555 W 112 Avenue,
                 North Glenn, CO 80234-3022
6616254         +EDI: WFNNB.COM Jun 29 2010 15:23:00    Wfnnb/justice,   555 W 112 Ave,
                 Northglenn, CO 80234-3022
                                                                              TOTAL: 12

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2010**                    **Signature:**    *Joseph Speetjens*